UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC BANK, NATIONAL ASSOCIATION,

        Plaintiff and Counter-defendant,

                      Case Number 14-10527

v.                        Honorable David M. Lawson

GOYETTE MECHANICAL COMPANY, INC.,
GOYETTE-WEST, INC., DOMINIC GOYETTE,
and DOMINIC T. GOYETTE TRUST DATED
AUGUST 26, 1998, AS AMENDED,

        Defendants, Cross-plaintiffs,
        and Cross-defendants,

and

E.L. MECHANICAL, INC.,

        Defendant, Counter-plaintiff,
        Cross-plaintiff, and Cross-defendant,

and

GOYETTE MECHANICAL COMPANY, INC.,
GOYETTE-WEST, INC., DOMINIC GOYETTE,
and DOMINIC T. GOYETTE TRUST DATED
AUGUST 26, 1998, AS AMENDED,

        Third-party plaintiffs,

v.

GERALD PEGUESE, PS DESIGN SYSTEMS, LLC,
ISAIAH STOVALL, and CARLA JACKSON-STOVALL,

        Third-party defendants.
_____/

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF RUSSELL D. LONG, RECEIVER, ERMAN, TEICHER, ZUCKER & FREEDMAN, P.C., AS COUNSEL FOR THE RECEIVER, AND O'KEEFE ASSOCIATES CONSULTING, LLC, AS FINANCIAL ADVISOR TO THE RECEIVER**

Presently before the Court is the first interim fee application of Russell D. Long, receiver, Erman, Teicher, Zucker & Freedman, P.C., as counsel for the receiver, and O'Keefe Associates Consulting, LLC, as financial advisor to the receiver. The receiver, counsel for the receiver, and financial advisor to the receiver indicate in their application that all of the parties consented to the payment of the requested fees.

Accordingly, it is hereby **ORDERED** that the first interim fee application of Russell D. Long, receiver, Erman, Teicher, Zucker & Freedman, P.C., as counsel for the receiver, and O'Keefe Associates Consulting, LLC, as financial advisor to the receiver, [dkt. #91] is **GRANTED.**

It is further **ORDERED** that the receive may apply unencumbered funds in the amount of $30,114 in fees and $1,083.89 in costs to compensate Russell D. Long, the receiver; $6,800 in fees and $96.17 in costs to compensate Erman, Teicher, Zucker & Freedman, P.C., as counsel for the receiver; and $16,552 in fees and $553.08 in costs to compensate O'Keefe Associates Consulting, LLC, the financial advisor to the receiver.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: June 26, 2014

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 26, 2014.

s/Shawntel Jackson  
SHAWNTEL JACKSON

---