# INDEX OF EXHIBITS

A. GMCI Cash Receipts and Disbursements

B. GMCI Vehicle List

C. GMCI Accounts Receivable

D. GMCI Balance Sheet

E. GMCI Creditor List

F. EL Cash Receipts and Disbursements

G. EL Accounts Receivable

H. Receiver's Final Accounting

I. Fee Statements