# **EXHIBIT H**

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|
| 5/1/2014 | x | | Beginning Balance | | | | | $ 784,690.88 |
| 5/1/2014 | x | | Transfer to Operating | 3,075.17 | | Transfer to Chase | | 781,615.71 |
| 5/5/2014 | x | | Superior thermal/Michigan Rubber | | 18,573.43 | | | 800,189.14 |
| 5/7/2014 | x | | CCC | | 32,436.70 | ck 214540 | | 832,625.84 |
| 5/8/2014 | x | | Transfer to Operating | 7,573.77 | | Transfer to Chase | | 825,052.07 |
| 5/9/2014 | x | | ACH Credit | | 2,219.68 | | | 827,271.75 |
| 5/9/2014 | x | | Atlas | | 670.20 | ck 420150 | 13028 | 827,941.95 |
| 5/12/2014 | x | | Etna a/p refund | | 408.38 | ck 151343 | | 828,350.33 |
| 5/12/2014 | x | | Mutual of Omaha | | 468.76 | ck 15455325 | | 828,819.09 |
| 5/12/2014 | x | | Matheson a/p refund | | 59.71 | ck 360232 | | 828,878.80 |
| 5/14/2014 | x | | Transfer to Operating | 3,063.00 | | Transfer to Chase | | 825,815.80 |
| 5/22/2014 | x | | Transfer to Operating | 3,060.62 | | Transfer to Chase | | 822,755.18 |
| 5/22/2014 | x | | ACH Transfer | | 100.75 | | | 822,855.93 |
| 5/28/2014 | x | | Transfer to Operating | 10,000.00 | | Transfer to Chase | | 812,855.93 |
| 5/30/2014 | x | | CCC | | 214,761.54 | ck 214978 | 13002 | 1,027,617.47 |
| 5/30/2014 | x | | CCC | | 280.00 | ck 213873 | 13002 | 1,027,897.47 |
| 5/29/2014 | x | | Transfer to Operating | 3,059.67 | | Transfer to Chase | | 1,024,837.80 |
| 5/30/2014 | x | | Transfer to Operating | 122.42 | | Transfer to Chase | | 1,024,715.38 |
| 5/30/2014 | x | | CCC | | 7,447.85 | ck 214227 | 13025 | 1,032,163.23 |
| 5/30/2014 | x | | Bank fees | 105.03 | | | | 1,032,058.20 |
| 6/3/2014 | x | | Ferguson | | 3,221.21 | | | 1,035,279.41 |
| 6/6/2014 | x | | Transfer to Operating | 5,368.38 | | Transfer to Chase | | 1,029,911.03 |
| 6/10/2014 | x | | Advance Plumbing & Heating | 107.41 | | | | 1,029,803.62 |
| 6/10/2014 | x | | City of Detroit Board of Water | 497.09 | | | | 1,029,306.53 |
| 6/10/2014 | x | | City of Detroit Board of Water | 57.51 | | | | 1,029,249.02 |
| 6/10/2014 | x | | Comcast | 244.85 | | | | 1,029,004.17 |
| 6/10/2014 | x | | DTE Energy | 4,020.58 | | | | 1,024,983.59 |
| 6/10/2014 | x | | Detroit Fire Department | 900.00 | | | | 1,024,083.59 |
| 6/10/2014 | x | | Grid 4 Communications Inc. | 428.60 | | | | 1,023,654.99 |
| 6/10/2014 | x | | McDonald Modular Solutions | 3,225.60 | | | | 1,020,429.39 |
| 6/10/2014 | x | | Pitney Bowes | 98.98 | | | | 1,020,330.41 |
| 6/10/2014 | x | | Resnick Electric Co. | 1,953.00 | | | | 1,018,377.41 |
| 6/10/2014 | x | | Tyco Security | 344.47 | | | | 1,018,032.94 |
| 6/10/2014 | x | | Verizon Wireless | 798.97 | | | | 1,017,233.97 |
| 6/10/2014 | x | | Waste Management | 519.57 | | | | 1,016,714.40 |
| 6/10/2014 | x | | Plumbers Local 98 | 6,531.88 | | | | 1,010,182.52 |
| 6/10/2014 | x | | Plumbers Local 696 | 7,258.44 | | | | 1,002,924.08 |
| 6/10/2014 | x | | Atlas | | 670.20 | | 13028 | 1,003,594.28 |
| 6/11/2014 | x | | Transfer to Operating | 26,976.47 | | | | 976,617.81 |
| 6/10/2014 | x | | O'Brien | | 172,870.55 | | 12032 | 1,149,488.36 |
| 6/13/2014 | x | | PNC Debit Memo | 400,000.00 | | | | 749,488.36 |
| 6/13/2014 | x | | Ck. Antony Miarka | 2,066.99 | | | | 747,421.37 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|
| 6/16/2014 | X | | CORT Business Services | | 945.31 | | | 748,366.68 |
| 6/16/2014 | X | | UnitedHealthcare Benefit Services | | 2,521.35 | | | 750,888.03 |
| 6/16/2014 | X | | United States Treasury | | 11,171.16 | | | 762,059.19 |
| 6/19/2014 | X | | CCC | | 72,849.95 | ck 26392 | 13002 | 834,909.14 |
| 6/19/2014 | X | | Martel Peguese | 389.84 | | W/E 06/14/14 | | 834,519.30 |
| 6/19/2014 | X | | Tony Heron | 1,570.82 | | W/E 06/14/14 | | 832,948.48 |
| 6/19/2014 | X | | Andrew Miarka | 175.90 | | W/E 06/14/14 | | 832,772.58 |
| 6/20/2014 | X | 1001 | Flint Plumbing & Pipefitting | 1,112.80 | | | | 831,659.78 |
| 6/20/2014 | X | | Anthony Miarka | 2,103.41 | | W/E 06/14/14 | | 829,556.37 |
| 6/24/2014 | X | | National Benefit | 2,453.56 | | | | 827,102.81 |
| 6/25/2014 | X | | NY Suta Tax | 345.48 | | 1st Qtr 2014 | | 826,757.33 |
| 6/25/2014 | X | | NY W/H Tax | 106.45 | | 1st Qtr 2014 | | 826,650.88 |
| 6/26/2014 | X | | MI Uia Tax | 71,974.39 | | 4th Qtr 2013 | | 754,676.49 |
| 6/26/2014 | X | | MI Uia Tax | 34,166.63 | | 1st Qtr 2014 | | 720,509.86 |
| 6/26/2014 | X | | Irs | 1,542.55 | | 1st Qtr 2014 | | 718,967.31 |
| 6/26/2014 | X | | PNC Check Printing Fee | 73.85 | | | | 718,893.46 |
| 6/26/2014 | X | 1002 | Tony Heron | 1,301.35 | | | | 717,592.11 |
| 6/26/2014 | X | 1003 | Tony Miarka | 2,012.39 | | | | 715,579.72 |
| 6/26/2014 | X | 1004 | Rondall Sheppard | 1,374.11 | | | | 714,205.61 |
| 6/27/2014 | X | | Goyette Mechanical Co. | | 16,989.00 | Truck sale | | 731,194.61 |
| 6/27/2014 | X | 1005 | CO Health Medicine | 130.00 | | | | 731,064.61 |
| 6/27/2014 | X | 1006 | K/E Electric Supply Corp | 2,821.65 | | | | 728,242.96 |
| 6/27/2014 | X | 1007 | McDonald Modular Solutions | 9,349.68 | | | | 718,893.28 |
| 6/27/2014 | X | 1008 | Metro Environmental | 400.00 | | | | 718,493.28 |
| 6/27/2014 | X | 1009 | Michigan CAT | 136.33 | | | | 718,356.95 |
| 6/27/2014 | X | 1010 | Modspace | 289.43 | | | | 718,067.52 |
| 6/27/2014 | X | 1011 | R.S. Dale | 1,350.90 | | | | 716,716.62 |
| 6/27/2014 | X | 1012 | Michigan Electric | 51.94 | | | | 716,664.68 |
| 6/19/2014 | X | | Unknown Payment | 100.00 | | | | 716,564.68 |
| 6/30/2014 | X | | Bank fee | 96.16 | | | | 716,468.52 |
| 7/1/2014 | X | | United States Treasury | | 225.98 | | | 716,694.50 |
| 7/3/2014 | X | 112587 | Tony Heron | 1,302.20 | | | | 715,392.30 |
| 7/3/2014 | X | 112588 | Ron Sheppard | 1,341.62 | | | | 714,050.68 |
| 7/3/2014 | X | 112589 | Anthony Miarka | 1,969.16 | | | | 712,081.52 |
| 7/3/2014 | X | 112590 | James Young | 967.51 | | | | 711,114.01 |
| 7/3/2014 | X | 112591 | Matthew Mayoch | 538.44 | | | | 710,575.57 |
| 7/3/2014 | X | 112592 | Richard Hughes | 945.40 | | | | 709,630.17 |
| 7/7/2014 | X | | Atlas | | 670.20 | | 13028 | 710,300.37 |
| 7/8/2014 | X | 1021 | Richard Hughes | 778.51 | | W/E 7/5/2014 | | 709,521.86 |
| 7/8/2014 | X | 1022 | Void | | | | | 709,521.86 |
| 7/8/2014 | X | 1023 | Richard Hughes | 422.60 | | W/E 7/12/2014 | | 709,099.26 |
| 7/8/2014 | X | 1013 | Anthony Heron | 1,197.98 | | W/E 7/5/2014 | | 707,901.28 |
| 7/8/2014 | X | 1014 | Anthony Heron | 491.62 | | W/E 7/12/2014 | | 707,409.66 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|
| 7/8/2014 | X | 1015 | Rondall Sheppard | 1,239.76 | | W/E 7/5/2014 | | 706,169.90 |
| 7/8/2014 | X | 1016 | Rondall Sheppard | 531.28 | | W/E 7/12/2014 | | 705,638.62 |
| 7/8/2014 | X | 1017 | James Young | 800.63 | | W/E 7/5/2014 | | 704,837.99 |
| 7/8/2014 | X | 1018 | James Young | 437.22 | | W/E 7/12/2014 | | 704,400.77 |
| 7/8/2014 | X | 1019 | Matthew Mayoch | 436.65 | | W/E 7/5/2014 | | 703,964.12 |
| 7/8/2014 | X | 1020 | Matthew Mayoch | 233.11 | | W/E 7/12/2014 | | 703,731.01 |
| 7/8/2014 | X | 1024 | Anthony Heron | 105.00 | | | | 703,626.01 |
| 7/8/2014 | X | 1025 | East Side Locksmith | 106.36 | | | | 703,519.65 |
| 7/3/2014 | X | | Eastside Locksmith | 138.01 | | | | 703,381.64 |
| 7/9/2014 | X | 1026 | All Savers Insurance | 1,969.73 | | | | 701,411.91 |
| 7/10/2014 | X | 1027 | 401K | 7,998.46 | | | | 693,413.45 |
| 7/11/2014 | X | 1028 | Russell Long | 15,598.95 | | | | 677,814.50 |
| 7/11/2014 | X | 1029 | O'Keefe | 8,552.79 | | | | 669,261.71 |
| 7/11/2014 | X | 1030 | Erman, Tiecher, Zucker, & Freedman | 3,448.09 | | Receiver's counsel | | 665,813.62 |
| 7/11/2014 | X | | HM White | | 11,010.00 | | 13021 | 676,823.62 |
| 7/11/2014 | X | | HM White | | 10,375.90 | | WTAP | 687,199.52 |
| 7/14/2014 | X | 1031 | Tyco Security | 694.11 | | | | 686,505.41 |
| 7/14/2014 | X | | Federated Insurance | | 42,743.12 | | | 729,248.53 |
| 7/14/2014 | X | | Federated Insurance | | 645.88 | | | 729,894.41 |
| 7/16/2014 | X | 1032 | Ascensus | 187.50 | | | | 729,706.91 |
| 7/16/2014 | X | | EL Chase Savings | | 85.16 | | | 729,792.07 |
| 7/16/2014 | X | | EL Chase Checking | | 3,505.01 | | | 733,297.08 |
| 7/16/2014 | X | | MCA Detroit | | 4,799.81 | | | 738,096.89 |
| 7/16/2014 | X | | IRS | 15,795.88 | | | | 722,301.01 |
| 7/16/2014 | X | | IRS | 2,590.95 | | | | 719,710.06 |
| 7/17/2014 | X | | State of Michigan | 287.37 | | | | 719,422.69 |
| 7/18/2014 | X | 1033 | City of Detroit Board of Water | 117.90 | | | | 719,304.79 |
| 7/18/2014 | X | 1034 | City of Detroit Board of Water | 943.53 | | | | 718,361.26 |
| 7/21/2014 | X | | PNC Debit Memo | 400,000.00 | | | | 318,361.26 |
| 7/22/2014 | X | 1036 | Treasurer City of Detroit | 2,575.26 | | | | 315,786.00 |
| 7/22/2014 | X | 1037 | State of Michigan UIA | 433.58 | | | | 315,352.42 |
| 7/22/2014 | X | 1038 | State of Michigan UIA | 2,157.46 | | | | 313,194.96 |
| 7/23/2014 | X | 1039 | Metro Detroit Laborers Local 1191 | 3,573.76 | | | Jan-14 | 309,621.20 |
| 7/23/2014 | X | 1040 | UA Local 22 | 1,446.23 | | | Jan-14 | 308,174.97 |
| 7/23/2014 | X | 1041 | UA Local 22 PAC | 2.80 | | | Jan-14 | 308,172.17 |
| 7/23/2014 | X | 1043 | Operating Engineers Local 324 | 945.67 | | | Jan-14 | 307,226.50 |
| 7/23/2014 | X | 1044 | Flint Plumbing & Pipefitting | 3,204.49 | | | Jan-14 | 304,022.01 |
| 7/23/2014 | X | 1045 | Void | | | | | 304,022.01 |
| 7/23/2014 | X | 1046 | Void | | | | | 304,022.01 |
| 7/23/2014 | X | 1047 | Void | | | | | 304,022.01 |
| 7/23/2014 | X | 1048 | Michigan Electrical Employees | 3,878.56 | | | Jan-14 | 300,143.45 |
| 7/23/2014 | X | 1049 | Void | | | | | 300,143.45 |
| 7/23/2014 | X | 1050 | Sheet Metal Workers Local 292 | 11,306.40 | | | | 288,837.05 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|
| 7/23/2014 | X | 1051 | Flint Plumbing & Pipefitting | 2,911.36 | | | | 285,925.69 |
| 7/23/2014 | X | 1052 | New York State Unemployment Insur. | 208.85 | | | | 285,716.84 |
| 7/23/2014 | X | 1053 | NYS - Commission of Taxation & Finance | 11.83 | | | | 285,705.01 |
| 7/28/2014 | X | | CCC | | 22,658.97 | ck 216277 | | 308,363.98 |
| 7/28/2014 | X | | United Rentals | | 2,208.59 | Refund | | 310,572.57 |
| 7/29/2014 | X | 1054 | Void | | | | | 310,572.57 |
| 7/29/2014 | X | 1055 | Electrical Workers Insurance Fund | 1,089.50 | | Invoice 139788 | | 309,483.07 |
| 7/29/2014 | X | 1056 | Electrical Workers Insurance Fund | 2,168.48 | | Invoice 139792 | | 307,314.59 |
| 7/29/2014 | X | 1057 | Electrical Workers Insurance Fund | 203.50 | | Invoice 139794 | | 307,111.09 |
| 7/29/2014 | X | 1058 | Electrical Workers Insurance Fund | 653.70 | | Invoice 148681 | | 306,457.39 |
| 7/29/2014 | X | 1059 | Electrical Workers Insurance Fund | 660.83 | | Invoice 148683 | | 305,796.56 |
| 7/29/2014 | X | 1060 | National Electrical Benefit Fund | 657.17 | | | | 305,139.39 |
| 7/29/2014 | X | 1061 | National LMCC - Local 58 | 7.19 | | | | 305,132.20 |
| 7/29/2014 | X | 1062 | U.A. Local Union 85 | 4,504.56 | | | | 300,627.64 |
| 7/29/2014 | X | | Goyette Mechanical Co. | | 2,000.00 | Vehicle Leases | | 302,627.64 |
| 7/29/2014 | X | 1063 | Jim Tatar | 1,013.41 | | Payroll W.E 3/15 | | 301,614.23 |
| 7/29/2014 | X | 1064 | Michael Teveski | 105.68 | | | | 301,508.55 |
| 7/29/2014 | X | 1065 | Martin Kelparek | 69.15 | | | | 301,439.40 |
| 7/31/2014 | X | | Account Analysis Charge | 4.58 | | | | 301,434.82 |
| 8/1/2014 | X | | All Savers Insurance | | 248.14 | Refund | | 301,682.96 |
| 8/4/2014 | X | | The Douglas Company | | 85,530.10 | Final Payment | | 387,213.06 |
| 8/4/2014 | X | | EZ Pass | | 32.50 | Refund | | 387,245.56 |
| 8/7/2014 | X | | Charter One | | 1,838.30 | | | 389,083.86 |
| 8/7/2014 | X | 1066 | Aarell Company | 1,200.00 | | Inv. 12744 | 13025 | 387,883.86 |
| 8/7/2014 | X | 1068 | Columbia Pipe & Supply Co. | 181.21 | | Stmt. 181996 | 12036 | 387,702.65 |
| 8/7/2014 | X | 1069 | Cynga Safety Systems, LLC | 80.10 | | Inv. 131202-01 | 13021 | 387,622.55 |
| 8/7/2014 | X | 1070 | Essentra Components | 972.15 | | | | 386,650.40 |
| 8/7/2014 | X | 1071 | Goyette Mechanical Co. | 245.00 | | Inv. 108817108 | 13024 | 386,405.40 |
| 8/7/2014 | X | 1072 | Kolbi Pipe Marker Co. | 49.20 | | Inv. 70300 | 12009 | 386,356.20 |
| 8/7/2014 | X | 1073 | McDonald Modular Solutions | 645.12 | | Inv. RI167625 | 13028 | 385,711.08 |
| 8/7/2014 | X | 1074 | Metro Welding Supply Corp. | 1,340.47 | | | 13021 | 384,370.61 |
| 8/7/2014 | X | 1075 | Michigan Electric Supply Company | 919.71 | | | 13024 | 383,450.90 |
| 8/7/2014 | X | 1076 | R.S. Dale | 919.96 | | 2 Invoices | | 382,530.94 |
| 8/7/2014 | X | 1077 | Void | | | Tammy paid March | | 382,530.94 |
| 8/11/2014 | X | | Encore Automation | | 37,395.00 | | 11008 | 419,925.94 |
| 8/11/2014 | X | 1078 | Void | | | | | 419,925.94 |
| 8/11/2014 | X | | DTE Energy | 326.87 | | Online Payment | | 419,599.07 |
| 8/12/2014 | X | 1079 | Laborers' Metro Detroit Fringe B. Funds | 195.63 | | Jan. 2014 Liquidated Damages | | 419,403.44 |
| 8/13/2014 | X | 1080 | O'Keefe | 27,588.90 | | June fees | | 391,814.54 |
| 8/13/2014 | X | 1081 | Erman, Tiecher, Zucker, & Freedman | 5,655.17 | | Receiver's counsel | | 386,159.37 |
| 8/14/2014 | X | | Detroit Board of Water | 61.94 | | Account A | | 386,097.43 |
| 8/14/2014 | X | | Detroit Board of Water | 476.93 | | Account B | | 385,620.50 |
| 8/15/2014 | X | BK STMT | Informatix Misdu | 630.05 | | | | 384,990.45 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|
| 8/15/2014 | X | 1082 | Trust Company of Toledo, Trustee | 2,925.89 | | NW Ohio Plumbers & Pipefitters | | 382,064.56 |
| 8/15/2014 | X | 1083 | Aarell Company | 55,607.18 | | PO # EL12021S02 | | 326,457.38 |
| 8/15/2014 | X | 1084 | Fasteners Inc. | 32.54 | | Invoice # 3213536 | | 326,424.84 |
| 8/15/2014 | X | 1085 | Kolbi Pipe Marker Co. | 20.77 | | Inv. # 75846 | | 326,404.07 |
| 8/15/2014 | X | 1086 | Void | | | | | 326,404.07 |
| 8/15/2014 | X | 1087 | Void | | | | | 326,404.07 |
| 8/15/2014 | X | 1088 | Tital Equipment | 543.78 | | Inv. R87 80834103 | | 325,860.29 |
| 8/20/2014 | X | 1089 | Sheet Metal Workers Local 80 | 265.27 | | Fringe Benefit Fund Contribution | | 325,595.02 |
| 8/20/2014 | X | 1090 | Void | | | | | 325,595.02 |
| 8/20/2014 | X | 1091 | Saginaw Plumbers and Pipefitters Local 85 | 450.45 | | Health Care Plan, Liquidating Damages | | 325,144.57 |
| 8/20/2014 | X | 1092 | Tyco Security | 694.11 | | August and September Service | | 324,450.46 |
| 8/20/2014 | X | | National LMCC - Local 58 | | 9.33 | Overpayment | | 324,459.79 |
| 8/20/2014 | X | | | | 7,573.88 | Giffin | | 332,033.67 |
| 8/21/2014 | X | 1093 | State of MI | 2,785.50 | | Withholding | | 329,248.17 |
| 8/26/2014 | X | 1094 | Operating Engineers Local 324 | 75.35 | | Fringe Benefit Fund Liquidating Damages | | 329,172.82 |
| 8/29/2014 | X | 1095 | All Savers Insurance | 2,200.68 | | | | 326,972.14 |
| 8/29/2014 | X | BK STMT | | 8.32 | | Bank fee | | 326,963.82 |
| 9/10/2014 | X | 1096 | Ascensus | 750.00 | | Termination fee | | 326,213.82 |
| 9/10/2014 | X | 1097 | All Savers Insurance | 2,288.68 | | Medical Insurance | | 323,925.14 |
| 9/10/2014 | X | 1098 | DTE Energy | 3,055.46 | | Electricity | | 320,859.68 |
| 9/10/2014 | X | 1099 | Contractor Services | 125.00 | | Building Inspection | | 320,744.68 |
| 9/10/2014 | X | 1100 | Michigan Electrical Employees Fringe Benefit Fund | 624.87 | | Contributions | | 320,119.81 |
| 9/10/2014 | X | 1101 | National Electrical Benefit Fund | 158.83 | | Liquidating damages | | 319,960.98 |
| 9/10/2014 | X | 1102 | Erman, Tiecher, Zucker, & Freedman | 8,802.41 | | Receiver's counsel | | 311,158.57 |
| 9/10/2014 | X | 1103 | O'Keefe | 17,364.27 | | Receivership (RL) | | 293,794.30 |
| 9/10/2014 | X | 1104 | O'Keefe | 5,491.75 | | Receivership (MD, BA, NT) | | 288,302.55 |
| 9/10/2014 | X | | Ascensus | | 187.50 | Refund | | 288,490.05 |
| 9/10/2014 | X | | Laborers' Metro Detroit Fringe B. Funds | | 1,343.45 | Overpayment | | 289,833.50 |
| 9/12/2014 | X | 1105 | Contractor Services | 125.00 | | Building Inspection | | 289,708.50 |
| 9/19/2014 | X | 1106 | Denewith, Dugan & Parfitt | 16,932.85 | | Legal Services-Pre Receivership per Court Order | | 272,775.65 |
| 9/30/2014 | X | BK STMT | IRS PAYMENT - 941 1ST QUARTER | 3,222.83 | | IRS tax and penalty | | 269,552.82 |
| 9/30/2014 | X | BK STMT | | 38.97 | | Bank fee | | 269,513.85 |
| 10/3/2014 | X | 1107 | Public Storage | 527.97 | | Storage facility - Recovered EL tools and equip | | 268,985.88 |
| 10/9/2014 | X | 1108 | Waste Management | 654.12 | | Trash Removal | | 268,331.76 |
| 10/9/2014 | X | | Truck sale to Goyette | | 187,081.92 | | | 455,413.68 |
| 10/9/2014 | X | | ISC Services | | 7,254.00 | | | 462,667.68 |
| 10/9/2014 | X | 1109 | Michigan Electrical | 38.98 | | Employee Fringe Benefits Fund | | 462,628.70 |
| 10/9/2014 | X | 1110 | DTE Energy | 3,706.42 | | Electricity | | 458,922.28 |
| 10/9/2014 | X | 1111 | All Savers Insurance | 2,244.68 | | Medical Insurance | | 456,677.60 |
| 10/9/2014 | X | 1112 | Tyco Security | 344.47 | | Security fees | | 456,333.13 |
| 10/9/2014 | X | 1113 | Erman, Tiecher, Zucker, & Freedman | 7,599.68 | | Receiver's counsel | | 448,733.45 |
| 10/9/2014 | X | 1114 | O'Keefe | 10,445.39 | | Receivership | | 438,288.06 |
| 10/13/2014 | X | 1115 | FM&T | 300.00 | | Moving fee (Storage to EL Site) | | 437,988.06 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Description | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/2014 | X | bank | PNC | PNC | 200,000.00 | | Paydown on LOC | | 237,988.06 |
| 10/21/2014 | X | 1116 | Grid 4 Communications Inc. | | 2,369.46 | | Phone service - alarm system | | 235,618.60 |
| 10/22/2014 | X | | Transfer from Operating | | | 26,568.25 | | | 262,186.85 |
| 10/24/2014 | X | 1117 | FM & T Movers | | 713.90 | | Moving expense - Documents from EL to Storage | | 261,472.95 |
| 10/30/2014 | X | 1118 | Tyco Security | | 344.47 | | Monthly security monitoring | | 261,128.48 |
| 10/30/2014 | X | | Refund - Ascensus | | | 750.00 | | | 261,878.48 |
| 10/30/2014 | X | 1119 | Tyco Security | | 281.50 | | Repairs to system | | 261,596.98 |
| 10/31/2014 | X | BK STMT | | | 29.30 | | Bank fee | | 261,567.68 |
| 11/6/2014 | X | 1120 | O'Keefe | | 11,068.37 | | Receivership | | 250,499.31 |
| 11/6/2014 | X | 1121 | Erman, Tiecher, Zucker, & Freedman | | 3,128.85 | | Receiver's counsel | | 247,370.46 |
| 11/11/2014 | X | 1122 | Public Storage | | 248.40 | | Storage facility - EL documents | | 247,122.06 |
| 11/11/2014 | X | 1123 | Waste Management | | 166.11 | | Dumpster | | 246,955.95 |
| 11/11/2014 | X | 1124 | Grid 4 Communications Inc. | | 510.97 | | Phone service - alarm system | | 246,444.98 |
| 11/17/2014 | X | | | | | 145,000.00 | Auction proceeds | | 391,444.98 |
| 11/25/2014 | X | 1125 | PPNPF Fund Administrator | | 17,145.63 | | Union pension fund contributions - Aug-Nov 2012 | | 374,299.35 |
| 11/25/2014 | X | 1127 | Public Storage | | 207.00 | | EL Documents | | 374,092.35 |
| 11/25/2014 | X | 1128 | Tyco Security | | 328.75 | | Service call - reconnect phone lines | | 373,763.60 |
| 11/25/2014 | X | 1129 | City of Detroit Board of Water | | 1,555.50 | | Monthly service | | 372,208.10 |
| 11/25/2014 | X | 1130 | Tyco Security | | 344.47 | | Monthly security monitoring | | 371,863.63 |
| 11/25/2014 | X | online | PNC Bank | | 250,000.00 | | LOC pay down | | 121,863.63 |
| 11/26/2014 | X | 1131 | State of Michigan - UA | | 16.58 | | Unemployment balance | | 121,847.05 |
| 11/28/2014 | X | BK STMT | | | 29.49 | | Bank fee | | 121,817.56 X |
| 12/2/2014 | X | 1132 | Erman, Tiecher, Zucker, & Freedman | | 8,886.30 | | Receiver's counsel | | 112,931.26 |
| 12/2/2014 | X | 1133 | O'Keefe | | 10,775.18 | | Receivership | | 102,156.08 |
| 12/2/2014 | X | 1134 | FM&T | | 350.00 | | Move final documents to storage | | 101,806.08 |
| 12/2/2014 | X | | | | | 57,218.06 | Final auction proceeds | | 159,024.14 |
| 12/18/2014 | X | 1135 | Amerisure | | 209.61 | | Final bill | | 158,814.53 |
| 12/31/2014 | X | BK STMT | | | 30.53 | | Bank fee | | 158,784.00 |
| 1/7/2015 | X | 1136 | Public Storage | | 248.40 | | EL Documents | | 158,535.60 |
| 1/12/2015 | X | phone | DTE | | 990.89 | | Utilities | | 157,544.71 |
| 1/21/2015 | X | | | | | 140,872.67 | Complete Automation | | 298,417.38 |
| 1/31/2015 | X | bk stmt | | | 33.22 | | bank fees | | 298,384.16 X |
| 2/4/2015 | X | 1139 | Erman Teicher Zucker & Freedman | | 7,625.17 | | November fees | | 290,758.99 |
| 2/4/2015 | X | 1140 | Erman Teicher Zucker & Freedman | | 3,978.32 | | December fees | | 286,780.67 |
| 2/4/2015 | X | 1141 | O'Keefe | | 2,325.99 | | December fees | | 284,454.68 |
| 2/4/2015 | X | 1142 | O'Keefe | | 6,065.74 | | November fees | | 278,388.94 |
| 2/4/2015 | X | 1143 | Sheet Metal Local 292 Fringe Benefit Funds | | 43,939.53 | | Fringe benefits | | 234,449.41 |
| 2/9/2015 | X | 1144 | Public Storage | | 455.40 | | Feb & Mar storage fees - ELM paperwork | | 233,994.01 |
| | X | | | | | 83,036.26 | O'Brien Construction (48,530.26 + 34,506.00) | | 317,030.27 |
| | X | | | | | 57,702.67 | O'Brien Construction | | 374,732.94 |
| 2/20/2015 | X | 1145 | Grid4 | | 437.75 | | Final phone line invoice | | 374,295.19 |
| 2/20/2015 | X | 1146 | Tyco | | 281.50 | | Final security trip invoice | | 374,013.69 |
| 2/20/2015 | X | 1147 | FMG Concrete | | 335.00 | | | | 373,678.69 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance |
|---|---|---|---|---|---|---|---|---|
| 2/20/2015 | X | 1148 | Waste Management | 601.51 | | Monthly Invoice | | 373,077.18 |
| 2/25/2015 | X | 1149 | O'Keefe | 4,428.39 | | January Fees | | 368,648.79 |
| 2/25/2015 | X | 1150 | Erman Teicher Zucker & Freedman | 4,894.84 | | January Fees | | 363,753.95 |
| 2/27/2015 | X | bk stmt | | 32.55 | | bank fees | | 363,721.40 X |
| 3/2/2015 | X | 1151 | Tyco | 488.79 | | Final monthly invoice | | 363,232.61 |
| 3/4/2015 | X | 1152 | Gerald Peguese | 12,760.00 | | Services rendered per court order | | 350,472.61 |
| 3/6/2015 | X | | | | 30,300.00 | Chrysler 300 proceeds | | 380,772.61 |
| 3/12/2015 | X | 1153 | Gerald Peguese | 5,340.00 | | Stake truck proceeds | | 375,432.61 |
| 3/18/2015 | X | | | | 393.30 | | | 375,825.91 |
| 3/25/2015 | X | 1154 | O'Keefe | 5,192.53 | | February fees | | 370,633.38 |
| 3/25/2015 | X | 1155 | Erman Teicher Zucker & Freedman | 4,815.23 | | February fees | | 365,818.15 |
| 3/31/2015 | X | bk stmt | | 36.89 | | bank fees | | 365,781.26 X |
| 4/8/2015 | X | 1156 | Public Storage | 455.40 | | Apr & May storage fees | | 365,325.86 |
| 4/17/2015 | X | 1157 | U.S. Treasury | 3,572.86 | | September 941 payment | | 361,753.00 |
| 4/17/2015 | X | 1158 | U.S. Treasury | 1,993.49 | | 2014 940 payment | | 359,759.51 |
| 4/17/2015 | X | 1159 | State of Michigan | 305.00 | | Final State Unemployment payment | | 359,454.51 |
| 4/17/2015 | X | 1160 | Board of Water Commissioners | 1,662.41 | | Final Water payment | | 357,792.10 |
| 4/30/2015 | X | bk stmt | | 26.90 | | bank fees | | 357,765.20 X |
| 5/14/2015 | X | 1161 | Waste Management | 156.34 | | Final invoice | | 357,608.86 |
| 5/14/2015 | X | 1162 | Erman Teicher Zucker & Freedman | 2,976.75 | | March fees | | 354,632.11 |
| 5/14/2015 | X | 1163 | O'Keefe | 3,397.37 | | March fees | | 351,234.74 |
| 5/22/2015 | X | 1164 | Public Storage | 207.00 | | June storage | | 351,027.74 |
| 5/29/2015 | X | bk stmt | | 24.68 | | bank fees | | 351,003.06 X |
| 6/17/2015 | X | 1165 | O'Keefe | 2,803.17 | | April fees | | 348,199.89 |
| 6/17/2015 | X | 1167 | Erman Teicher Zucker & Freedman | 2,126.25 | | April fees | | 346,073.64 |
| 6/26/2015 | X | 1168 | Public Storage | 207.00 | | July storage | | 345,866.64 |
| 6/30/2015 | X | bk stmt | | 22.64 | | bank fees | | 345,844.00 X |
| 7/5/2015 | X | 1169 | IRS | 315.39 | | Late payment fee for 940 filing | | 345,528.61 |
| 7/17/2015 | X | | | | 825,000.00 | Chrysler settlement funds | | 1,170,528.61 |
| 7/31/2015 | X | bk stmt | | 25.05 | | bank fees | | 1,170,503.56 X |
| 8/3/2015 | X | 1170 | Public Storage | 207.00 | | August storage | | 1,170,296.56 |
| 8/12/2015 | X | 1171 | O'Keefe | 1,528.89 | | June fees | | 1,168,767.67 |
| 8/12/2015 | X | 1172 | Erman Teicher Zucker & Freedman | 2,085.96 | | June fees | | 1,166,681.71 |
| 8/24/2015 | X | 1174 | Public Storage | 234.00 | | September storage | | 1,166,447.71 |
| 8/25/2015 | X | 1175 | O'Keefe | 106.74 | | Add'l amount owed for April fees | | 1,166,340.97 |
| 8/31/2015 | X | bk stmt | | 5.53 | | bank fees | | 1,166,335.44 X |
| 9/4/2015 | X | bk stmt | State of Michigan - Unemployment Agency | 500.20 | | Garnishment | | 1,165,835.24 |
| 9/4/2015 | X | bk stmt | PNC | 100.00 | | Legal fees associated with garnishment | | 1,165,735.24 |
| 9/9/2015 | X | 1176 | O'Keefe | 5,022.19 | | May and July fees | | 1,160,713.05 |
| 9/11/2015 | X | 1177 | Erman Teicher Zucker & Freedman | 6,507.50 | | August fees | | 1,154,205.55 |
| 9/22/2015 | X | 1178 | Public Storage | 234.00 | | October Storage | | 1,153,971.55 X |
| 10/1/2015 | X | | | | 2,920.99 | Insurance refund | | 1,156,892.54 |
| 10/12/2015 | X | 1179 | O'Keefe | 2,455.75 | | August fees | | 1,154,436.79 |

EL Mechanical
PNC Accounts

| Date | Clr | Check # | Payee | Cash Collateral Debits (-) | Credits (+) | Description | Job # | CC Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2015 | X | 1180 | Erman Teicher Zucker & Freedman | 1,575.00 | | August fees | | 1,152,861.79 | X |
| 11/9/2015 | X | 1181 | Public Storage | 234.00 | | November fees | | 1,152,627.79 | |
| 11/10/2015 | X | wire | PNC | 900,000.00 | | Paydown on LOC per court approval | | 252,627.79 | |
| 11/23/2015 | X | 1182 | Public Storage | 280.80 | | December fees | | 252,346.99 | X |
| 12/15/2015 | X | 1184 | Erman Teicher Zucker & Freedman | 1,162.75 | | Sept & Oct fees | | 251,184.24 | |
| 12/16/2015 | X | 1185 | O'Keefe | 1,515.76 | | Sept & Oct fees | | 249,668.48 | |
| 12/16/2015 | X | 1186 | Public Storage | 234.00 | | Jan Storage | | 249,434.48 | |
| 12/16/2015 | X | 1187 | Erman Teicher Zucker & Freedman | 1,433.25 | | November fees | | 248,001.23 | |
| 12/16/2015 | X | 1188 | O'Keefe | 2,826.91 | | November fees | | 245,174.32 | |
| 12/30/2015 | X | 1189 | State of Michigan - Unemployment Agency | 250.00 | | Final assessment for 3rd quarter 2014 report | | 244,924.32 | X |
| 1/19/2016 | X | 1190 | O'Keefe | 1,857.08 | | December fees | | 243,067.24 | |
| 1/19/2016 | X | 1191 | Erman Teicher Zucker & Freedman | 1,638.00 | | December fees | | 241,429.24 | |
| 1/25/2016 | X | | | | 590,828.78 | Sale of Encore receivable and Federated Claim | | 832,258.02 | |
| 1/25/2016 | X | 1192 | Public Storage | 234.00 | | Feb storage | | 832,024.02 | |
| 1/27/2016 | X | bk stmt | PNC | 790,000.00 | | Paydown on LOC | | 42,024.02 | |
| 1/29/2016 | X | bk stmt | | 27.18 | | Bank fees | | 41,996.84 | X |
| 2/25/2016 | X | 1193 | Public Storage | 234.00 | | March storage | | 41,762.84 | X |
| | | | | 3,691,607.49 | 2,948,679.45 | | | | |